IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**SHARI A. LITTLE,**

    **Plaintiff,**

v.                                                12-cv-1019 CG/SMV

**MICHAEL D. MARTIN; JANE DOE MARTIN;
ALLSTATE INS. CO.; DEBRA K. ATKINSON;
JOHN DOE ATKINSON; ATKINSON INS. GRP.;
AMERICAN HERITAGE LIFE INS. CO.;
JOHN DOES; JANE DOES; XYZ P'SHIPS; and
ABC CORPS.,**

    **Defendants.**

### ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. Plaintiff filed her Complaint against various Defendants in state court on January 13, 2012. Complaint [Doc. 1-4] at 1. The action was removed to federal court on September 28, 2012. Notice of Removal [Doc. 1] at 1. Pursuant to Fed. R. Civ. P. 4(m), Plaintiff had 120 days from filing the Complaint within which to effect service of process. There is no indication on the record that service of process has been effected with respect to Defendants Michael D. Martin, Jane Doe Martin, Debra K. Atkinson, John Doe Atkinson, Atkinson Insurance Group, John Does I through X, Jane Does I through X, XYZ Partnerships I through X, or ABC Corporations I through X.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff is directed to show good cause why her claims against the above-named Defendants should not be

dismissed without prejudice for failure to comply with the service provision of Rule 4(m). Plaintiff shall file her response within 21 days of entry of this Order.

**IT IS SO ORDERERD**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**